# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERICA L. MUGICA, individually and on behalf of M.L., S.L., V.M., and I.P., her minor children,

    *Plaintiff*

    v.

SPOKANE COUNTY, et al,

    *Defendant*

Civil Action No.  CV-13-0129-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Order for Distribution of Funds, Judgment of Dismissal, and Closing of File (ECF No. 113) and the distribution of the funds on 12/19/2014, judgment shall be entered dismissing the complaint and the claims therein with prejudice and the file shall be closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: December 19, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
    *(By) Deputy Clerk*

Lennie Rasmussen